IN THE SUPREME COURT OF THE STATE OF NEVADA

SMOKETREE GROUP, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
SMOKETREE, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
INCLUSIVE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MARY KAY
HOLTHUS, DISTRICT JUDGE,
Respondents,
and
CARSON WAYNE NEWTON, AN
INDIVIDUAL; KATHLEEN NEWTON,
AN INDIVIDUAL; AND WN ARAMUS
ARABIANS, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Real Parties in Interest.

No. 80966

**FILED**

JUN 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order granting a motion for preliminary injunction in a personal property action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted because petitioners had an adequate remedy at law. *See* NRAP 3A(b)(3) (providing that appeals may be taken from orders granting an injunction); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted and that the right to appeal is

20-23445

generally an adequate legal remedy precluding writ relief); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). "Additionally, writ relief is not available to correct an untimely notice of appeal." *Pan*, 120 Nev. at 224-25, 88 P.3d at 841. We therefore

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Mary Kay Holthus, District Judge
       Wiley Petersen
       The Jimmerson Law Firm, P.C
       Eighth District Court Clerk